UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRICK BISHOFF,<br>    f/k/a "Terrick Gale,"<br><br>Defendant | Criminal No. 19-CR-40047-TSH<br><br>Violations:<br><br>Count One: Possession or Transfer of a Machinegun<br>(18 U.S.C. § 922(o))<br><br>Count Two: Dealing in Firearms Without a License<br>(18 U.S.C. § 922(a)(1)(A))<br><br>Count Three: Possession of Firearm Without a Serial Number<br>(26 U.S.C. § 5861(i))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d);<br>26 U.S.C. § 5872; and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Possession or Transfer of a Machinegun
(18 U.S.C. § 922(o))

The Grand Jury charges:

On or about May 15, 2019, in Fitchburg, in the District of Massachusetts, the defendant,

TERRICK BISHOFF, f/k/a "Terrick Gale,"

did knowingly possess and transfer a machinegun, that is, an Uzi-style, 9 mm machinegun bearing no manufacturer's marks or serial number.

All in violation of Title 18, United States Code, Section 922(o).

1

## COUNT TWO
### Dealing in Firearms Without a License
### (18 U.S.C. § 922(a)(1)(A))

The Grand Jury further charges:

From on or about May 10, 2019 through on or about July 24, 2019, in Fitchburg, in the District of Massachusetts, and elsewhere, the defendant,

TERRICK BISHOFF, f/k/a "Terrick Gale,"

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did engage in the business of dealing in firearms, including the following: the sale of a Glock-style, 9 mm pistol bearing no manufacturer's marks or serial number, sold on or about May 10, 2019; the sale of an Uzi-style, 9 mm machinegun bearing no manufacturer's marks or serial number, sold on or about May 15, 2019; and the sale of a Glock-style, .40 caliber pistol bearing no manufacturer's marks or serial number, sold on or about July 24, 2019.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT THREE
### Possession of Firearm Without a Serial Number
### (26 U.S.C. § 5861(i))

The Grand Jury further charges:

On or about May 15, 2019, in Fitchburg, in the District of Massachusetts, the defendant,

TERRICK BISHOFF, f/k/a "Terrick Gale,"

did knowingly receive and possess a firearm which is not identified by a serial number as required by Chapter 53 of Title 26 of the United States Code, that is, an Uzi-style, 9 mm machinegun bearing no manufacturer's marks or serial number.

All in violation of Title 26, United States Code, Section 5861(i).

<u>FIREARM FORFEITURE ALLEGATION</u>
(18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(o) and 922(a)(1)(A) set forth in Counts One and Two of this Indictment, the defendant,

TERRICK BISHOFF, f/k/a Terrick Gale,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    a. an Uzi-style, 9 mm machinegun with no manufacturer's marks or serial number;

    b. a Glock-style, 9 mm pistol with no manufacturer's marks or serial number;

    c. a Glock-style, .40 caliber pistol with no manufacturer's marks or serial number;

    d. Polymer80 Inc., P80 Tactical P80 Frame with no serial number. CAL: 9;

    e. 10 Rounds Federal ammunition. CAL: 9;

    f. 60 Rounds of Tula Cartridge Works- Russia Ammunition CAL: 223;

    g. 20 Rounds Federal Ammunition. CAL: 223; and

    h. 1 Round Lake City (LC) Ammunition CAL: unknown.

2. Upon conviction of the offense in violation of Title 26, United States Code, Section 5861(i) set forth in Count Three of this Indictment, the defendant,

4

TERRICK BISHOFF, f/k/a Terrick Gale,

shall forfeit to the United States, pursuant to Title 28, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in the offense. The property to be forfeited includes, but is not limited to, the following:

    a. an Uzi-style, 9 mm machinegun with no manufacturer's marks or serial number.

3.    If any of the property described in Paragraphs 1 or 2, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

MICHELLE L. DINEEN JERRETT
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: OCTOBER __31__, 2019

Returned into the District Court by the Grand Jurors and filed.

Dawn M. King 10-31-19 1:00pm
DEPUTY CLERK

6