# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 19-40047-TSH |
| | ) |
| TERRICK BISHOFF, | ) |
|     f/k/a "Terrick Gale," | ) |
| | ) |
|     Defendant. | ) |

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not seek criminal forfeiture of the following assets identified in the Indictment, because the Bureau of Alcohol, Tobacco, Firearms, and Explosives forfeited the assets on or about February 11, 2020:

    a. an Uzi-style, 9 mm machinegun with no manufacturer's marks or serial number;

    b. a Glock-style, 9 mm pistol with no manufacturer's marks or serial number;

    c. a Glock-style, .40 caliber pistol with no manufacturer's marks or serial number;

    d. Polymer80 Inc., P80 Tactical P80 Frame with no serial number, CAL: 9;

    e. 10 Rounds Federal ammunition, CAL: 9;

    f. 60 Rounds of Tula Cartridge-Works-Russia Ammunition, CAL: 223;

    g. 20 Rounds Federal Ammunition, CAL: 223; and

    h. 1 Round Lake City (LC) Ammunition CAL: unknown.

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: | */s/ David G. Lazarus* <br> DAVID G. LAZARUS <br> Assistant United States Attorney <br> United States Attorney's Office <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA 02210 <br> (617) 748-3100 |
| Dated: June 24, 2020 | david.lazarus2@usdoj.gov |